# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 27, 2014 |
| Court Reporter: Janet Coppock | Time: 33 minutes |
| Probation Officer: Nicole Peterson | Interpreter: Marcella Salazar |

**CASE NO. 13-CR-00298-PAB and 13-CR-00428-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Beth Gibson |
| Plaintiff, | |
| vs. | |
| **ARTURO CARRILLO-ALVAREZ,** | Scott Varholak |
| Defendant. | |

## SENTENCING and HEARING ON VIOLATION OF SUPERVISED RELEASE

**3:32 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter is sworn with no challenges to her qualifications.

Discussion regarding how counsel wishes to proceed.

Page Two
13-CR-00298-PAB and 13-CR-00428-PAB
January 27, 2014

Mr. Varholak advises that the defendant is prepared to admit to the violation alleged in the Supervised Release Report and proceed to immediate sentencing.

## 13-CR-00298-PAB SENTENCING

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report and its Addendum are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Mr. Varholak in support of the defendant's Motion for Variant Sentence and comments addressing sentencing.

Argument by Ms. Gibson and comments addressing sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Government's Motion for Variance [Docket No. 21] is **GRANTED**.

**ORDERED:**  Defendant's Motion for Variant Sentence is **DENIED as MOOT**.

Defendant entered his plea on **September 16, 2013** to count **1 of the Indictment.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **12** months and **one** day.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Page Three
13-CR-00298-PAB and 13-CR-00428-PAB
January 27, 2014

**ORDERED:**  Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

### 13-CR-00428-PAB HEARING ON VIOLATION OF SUPERVISED RELEASE

**ORDERED:**  The statement of facts in Supervised Release Violation Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Defendant **ADMITS** to the violation alleged in the Supervised Release Violation Report.

Statement by the Court regarding defendant's offense level and sentencing guidelines range.

Mr. Varholak addresses sentencing.

Ms. Gibson addresses sentencing.

Defendant addresses the Court.

Court states its finding and conclusions.

**ORDERED:**  Supervised Release is **REVOKED**.

**ORDERED:**  Defendant shall be **imprisoned** for **6** months to be served concurrently with the sentencing of imprisonment imposed in 13-CR-00298-PAB.

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**4:05 p.m.**     **COURT IN RECESS**

**Total in court time:   33 minutes**              **Hearing concluded**